# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0221

_____

WILLIAM D. WILLIAMS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

July 23, 2019

PER CURIAM.

   As Appellant's motion for rehearing was not timely filed below, the instant appeal is dismissed as the notice of appeal was untimely.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William D. Williams, pro se, Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.